SEMANTHE S. ISHAM, EXECUTRIX OF THE LAST WILL AND TESTAMENT OF PIERREPONT ISHAM, DECEASED, *v.* SARAH A. DAVISON AND OTHERS.

*Promissory note — false representations — when a defense.*

Action upon two promissory notes, made by defendants to the order of plaintiff's testator. Defendant set up as a defense, that the notes were given in part payment of a farm, purchased of the plaintiff's testator; that the party selling the land for him, represented the land sold to cover a certain cedar knoll, which the defendant asserts it did not, and that damages to a much larger extent than the notes had resulted. The proof showed that the notes were given after a full knowledge of the fact of the real extent of the land, and after efforts had been made by those acting with defendants to purchase the knoll, and that after the notes came due, promises were made to pay on a note given, as those were, with full knowledge or means of knowledge of the extent of the purchase. *Held,* that the law will not sustain such a defense.*

APPEAL from a judgment entered in favor of the plaintiff on the verdict of a jury. This case has already been before the Court of Appeals,† where it was decided that the answer interposed in the case, set up matter constituting a counter-claim and required a reply.

*S. C. Conable,* for the appellant.

*W. P. Prentice,* for the respondent.

Opinion by DONOHUE, J.

DAVIS, P. J., and DANIELS, J., concurred.

Judgment affirmed.

* Weeks v. Burton, 7 Verm., 6, 7; 2 Bell, 602; 23 Wend., 200.
† 52 N. Y., 237.